UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GP INTERNATIONAL, LLC, | No. C-11-04690 DMR |
| Plaintiff, | **ORDER GRANTING REQUEST FOR ENLARGEMENT OF TIME TO SERVE DEFENDANTS AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| ROIDSTUDIO, ET AL, | |
| Defendants. | |

The court is in receipt of Plaintiff's request for an enlargement of time within which to serve Defendants with the summons and complaint and to continue the Initial Case Management Conference. Plaintiff's request is granted. Plaintiff shall have until **March 19, 2012** to effect service of the summons and complaint on Defendants. The Initial Case Management Conference previously scheduled for January 4, 2012 has been CONTINUED to **March 28, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **March 21, 2012.** All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly. *See* Docket No. 2. Plaintiff shall serve Defendants with a copy of this Order and file a proof of service with the Court.

IT IS SO ORDERED.

Dated: November 28, 2011

DONNA M. RYU
United States Magistrate Judge