**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  GP INTERNATIONAL, LLC,                    No. C-11-04690 DMR

12            Plaintiff,                      **ORDER RE PLAINTIFF'S**
                                              **APPLICATION FOR LEAVE TO FILE**
13       v.                                   **AMENDED COMPLAINT**

14  ROIDSTUDIO, ET AL,

15            Defendants.
    _____/

16

17        Plaintiff GP International, LLC filed an ex parte application for leave to file a first amended

18  complaint naming Doe Defendants 1 and 2. [Docket No. 8.] Plaintiff subsequently filed its First

19  Amended Complaint. [Docket No. 9.] Pursuant to Federal Rule of Civil Procedure 15(a), "[a] party

20  may amend its pleading once as a matter of course within . . . 21 days after serving it[.]" Fed. R.

21  Civ. P. 15(a)(1)(A). As Plaintiff has not yet served its complaint, leave of court is not required to

22  file an amended pleading. Accordingly, Plaintiff's ex parte application is DENIED as moot.

23

24        IT IS SO ORDERED.

25

26  Dated:  February 17, 2012

27                                            _____
                                              DONNA M. RYU
28                                            United States Magistrate Judge